**Order entered October 15, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01184-CR

**DEMPSTER A. ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80539-2014**

## ORDER

We **GRANT c**ourt reporter Kristen Kopp's October 12, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE
